USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO RAMOS, *individually and on behalf of others similarly situated*,

    Plaintiff,

-against-

ALEX AUTO PARTS, INC., ALEXANDER MEZO, JUAN CARLOS CALDERON, and EDWIN FERNANDEZ, as individuals,

    Defendants.

20 Civ. 5079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 17, 2021, the Court granted the parties' joint motion for an extension of time to file their settlement submissions by May 26, 2021. ECF No. 23. The parties failed to comply with that order. Accordingly, by **July 6, 2021**, the parties shall file their submissions.

    SO ORDERED.

Dated: June 28, 2021
       New York, New York

ANALISA TORRES
United States District Judge