```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO RAMOS, *individually and on behalf of others similarly situated*,

              Plaintiff,

-against-

ALEX AUTO PARTS, INC., ALEXANDER MEZO, JUAN CARLOS CALDERON, and EDWIN FERNANDEZ, as individuals,

              Defendants.

20 Civ. 5079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties in this action have repeatedly failed to submit their settlement document by the deadlines set by the Court. ECF Nos. 23, 24, 29. On September 2, 2021, the Court granted the parties one final extension and directed them to file their settlement submissions by September 17, 2021. ECF No. 29. For the fourth time, the parties have failed to comply with the Court's deadline. Accordingly, by **September 22, 2021**, the parties shall file their settlement submissions. Further failure to timely comply will result in dismissal of this case for failure to prosecute.

    SO ORDERED.

Dated: September 20, 2021
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge