```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/18/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO RAMOS, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

ALEX AUTO PARTS, INC., ALEXANDER MEZO, JUAN CARLOS CALDERON, and EDWIN FERNANDEZ, as individuals,

                Defendants.

20 Civ. 5079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 22, 2021, the parties submitted a proposed settlement for approval by this Court. Letter, ECF No. 31. However, the proposed Settlement has not been signed or executed by either party. Settlement, ECF No. 31-1. The parties indicated that they are "in the process of executing [the Settlement], and . . . can promptly supplement this Motion with a fully-executed copy," Letter at 1 n.1. To date, the parties have not submitted an executed settlement agreement. The Court will not approve an unexecuted settlement agreement. Accordingly, by **October 25, 2021**, the parties shall file on the docket an executed settlement agreement.

    SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge